**RECEIVED**

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS DEWAYNE WADE | CIVIL ACTION |
| VERSUS | NO. 5:06-CV-2349 |
| N. BURL CAIN, WARDEN<br>LOUISIANA STATE PENITENTIARY | SECTION "P" |

## ORDER

AFTER CONSIDERING THE ABOVE AND FOREGOING MOTION:

**IT IS HEREBY ORDERED**: that the Motion for Reconsideration for Petitioner to pay the $5.00 dollar filing fee to the Clerk of Court office is Granted.

**IT IS FURTHER HEREBY ORDERED**: that Petitioner refile his Habeas Application and pay the $5.00 dollar filing fee no later then _____, 2007.

THUS DONE AND SIGNED this ____ day of _____, 2007, in chambers, Shreveport, La.

_____
District Court Judge

**SERVICE INFORMATION**
**PLEASE SERVE:**

Carlos DeWayne Wade, Petitioner
Clerk of Court

*Motion granted. The order striking the petition is vacated. Petitioner is ordered to pay the $5.00 filing fee no later than April 20, 2007. Otherwise, the petition will be stricken again.*

*[signature] 3-16-07*

4